**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JEFFREY JAY,

Plaintiff,

v.  Case No. 6:11-cv-211-Orl-19DAB

NCSPLUS, INC.,

Defendant.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, JEFFREY JAY, (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: February 24, 2011            Respectfully submitted,

/s Andrew I. Glenn
Andrew I. Glenn
E-mail: Andrew@cardandglenn.com
Florida Bar No. 577261
J. Dennis Card, Jr.
E-mail: Dennis@cardandglenn.com
Florida Bar No. 0487473
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone: (954) 921-9994
Facsimile: (954) 921-9553
Attorneys for Plaintiff

1