UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JEFFREY JAY,**

        **Plaintiff,**

-vs-                                                **Case No.  6:11-cv-211-Orl-19DAB**

**NCSPLUS INC.,**

        **Defendant.**

_____

## ORDER

This case comes before the Court on the Notice of Voluntary Dismissal with Prejudice by Plaintiff Jeffrey Jay.  (Doc. No. 7, filed Mar. 9, 2011.)  On February 24, 2011, Plaintiff filed a Notice of Settlement informing the Court that the parties settled the case.  (Doc. No. 5.)  On February 25, 2011, the Court entered an order dismissing the case, subject to the right of any party to, *inter alia*, submit a notice of voluntary dismissal with prejudice.  (Doc. No. 6.)

On March 9, 2011, Plaintiff filed a Notice of Voluntary Dismissal With Prejudice and requested that the Court reserve jurisdiction for forty-five days to enforce the terms of the parties' settlement agreement.  (Doc. No. 7.)  Forty-five days have passed since the date of filing of the Notice of Voluntary Dismissal With Prejudice, and no party has moved to enforce the settlement agreement or for any other relief.  Accordingly, this case will be dismissed with prejudice.

### Conclusion

Based on the foregoing, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED with prejudice**.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 27, 2011.

*(signature)*
PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record